TO. District Clerk                                    79,371 05

      Please file this writ of Mandamus
with the Correct Court in good faith
of a Innocent man.

Respectfully,
Michael Tyler

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015
Abel Acosta, Clerk

Michael Tyler
TDCJ #1240157

§
§
§
§
§
§

VS.

Chris Daniel
District Clerk

Court of Criminal Appeal

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015

Abel Acosta, Clerk

## Plaintiff's Original Application for writ of Mandamus

To the Honorable Judge of Said Court:

Comes now, Michael Tyler - Relator, Pro se in the above-styled and number cause of action and files this original Application for writ of mandamus Pursuant to Article 11.07 section 3 (c) of Texas code of Criminal Procedures and would show the court the following:

### Relator

Michael Tyler #1240157 is an offender incarcerated in the texas Department of Criminal Justice - Institutional Division, and is appearing Pro Se who can be located At Coffield unit. 2661 FM 2054, Tenn. Colone Tex 75884. Relator has exhausted his Remedies and has no other adequate remedy of Law.

### Respondent

Chris Daniel, in his Capacity as District clerk of Harris County has ministerial duty to receive and file all Papers in a criminal Pro-ceeding and Perform all other duties imposed on the Clerk by law Pursuant to T.C.C.P. Act. 2.21 and is responsible under T.C.C.P 11.07 3 (c). Chris Daniel can be Served At Address: 1201 Franklin P.O. Box 4651, Houston, Texas 77210-4651.

Relator has wrote letters dated: 9-25-15, 10-15-15 true copies of the above letters are attached as Exhibit A-B

To date, Relator has received no response from Respondent Regarding Relators' request for an answer filed. Chris Daniel has wholly failed to comply with texas code of Criminal Pro-cedures Act 11.07 3 (c) Acting in Bad faith and failed to afford Relator the Professional courtesy of Any written response to his request.

Relator writ was Received on 8-28-15

## Prayer for Relief

Wherefore, Premises Considered, Relator, Michael Tyler, Pro se

Respectfully request a finding that the Respondent did not transmit any document to the court of Criminal Appeals within a reasonable time and that Relator brough this litigation in good faith and has Substantially Prevailed, Relator Prays for an order directing the Respondent to transmitt all document.

## Certification of Service

I, Michael Tyler hereby certify that this mandamus is True and Correct and Placed in the Mailbox on the date of October 23, 2015

Sincerely submitted

Michael Tyler *1240157
2666 Fm 2054
Tenn. Colonel Tex. 75884

9-25-15

To: District Clerk

       On 9-1-15 the Trial Court 179ᵗʰ Recommended my Writ 11.07 Be denilled. Its 9-25-15 why havent my Writ been Transmited to the Court of Criminal Appeals? Section 3(c)

Respectfully,
Michael Tyler

Exhibit A

10-15-15

TO. District Clerk

I wrote on 9-25-15 Askin why Writ 11007 have not been transmitted to the Court of Criminal Appeal. 10 day from now If this Court dont send Response A writ of Mandamus will follow

Respectfully
Michael Tyler

Exhibit B